| Com. v. Gallop | 1667 EDA 2015 Affirmed | 08/16/2016 | CP–51–CR–0004246–2010 (Philadelphia) |
|---|---|---|---|
| Norman v. Hospital of the Univ. of PA | 1833 EDA 2015 Affirmed | 08/16/2016 | November term, 2010 No. 01888 (Philadelphia) |
| Com. v. McCready | 1873 EDA 2015 Affirmed | 08/16/2016 | CP–23–CR–0007891–2012 (Delaware) |
| Com. v. Williams [15] | 2740 EDA 2015 Affirmed | 08/16/2016 | CP–51–CR–1200771–2003 (Philadelphia) |
| Com. v. Broadwater | 3167 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 08/16/2016 | CP–46–CR–0007501–2014 (Montgomery) |
| Com. v. Wallace | 324 MDA 2015 Affirmed | 08/16/2016 | CP–28–CR–0000213–2010 (Franklin) |
| Com. v. Black | 1316 MDA 2015 Reversed | 06/14/2016 | CP–22–CR–0000977–2014 (Dauphin) |
| Com. v. Hankerson | 1317 MDA 2015 Affirmed | 08/16/2016 | CP–22–CR–0000969–2012 CP–22–CR–0002209–2011 (Dauphin) |
| Com. v. Ramos | 2138 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 08/16/2016 | CP–06–CR–0001319–2013 (Berks) |
| In the Interest of: A.J.W. | 2185 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 08/16/2016 | 84332 (Berks) |
| Com. v. Thomas | 99 MDA 2016 Affirmed | 08/16/2016 | CP–36–CR–0000805–2001 CP–36–CR–0001147–2001 CP–36–CR–0002928–2001 CP–36–CR–0002950–2001 CP–36–CR–0002952– |

15. Petition for reargument denied October 20, 2016.

| Case | Docket | Date | Lower Court |
|---|---|---|---|
| | | | 2001<br>CP–36–CR–0003050–2001<br>CP–36–CR–0003140–2001<br>(Lancaster) |
| M.E.W. v. A.R. | 264 MDA 2016<br>Affirmed | 08/16/2016 | 2015–FC–1417–03<br>(York) |
| In re Relinquishment of J.R. | 473 MDA 2016<br>Affirmed | 08/16/2016 | A–61, Year 2014<br>(Lackawanna) |
| In re Relinquishment of J.R. | 474 MDA 2016<br>Affirmed | 08/16/2016 | A–61, Year 2014<br>(Lackawanna) |
| Sant v. Branding Brand, Inc. | 672 WDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 08/16/2016 | C.A. No. GD–15–000219<br>(Allegheny) |
| Com. v. Dixon | 1052 WDA 2015<br>Vacated and<br>Remanded | 08/16/2016 | CP–02–CR–0016492–2008<br>(Allegheny) |
| River v. McAninch | 1207 WDA 2015<br>Affirmed | 08/16/2016 | Case No. 1001–2009<br>CD<br>(Jefferson) |
| Com. v. Thompson | 2029 WDA 2015<br>Affirmed | 08/16/2016 | CP–43–CR–0000566–2015<br>(Mercer) |
| Com. v. Brunson | 93 WDA 2016<br>Affirmed | 08/16/2016 | CP–02–CR–0008333–2009<br>(Allegheny) |
| Com. v. Thompson | 117 WDA 2016<br>Affirmed ·<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/16/2016 | CP–25–CR–0001963–2015<br>(Erie) |
| Com. v. Leonhart | 159 WDA 2016<br>Affirmed | 08/16/2016 | CP–20–CR–0001000–2012<br>(Crawford) |
| Com. v. Fooks | 251 WDA 2016<br>Appeal<br>dismissed | 08/16/2016 | CP–02–CR–0008254–2013<br>(Allegheny) |
| Com. v. Ward | 265 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/16/2016 | CP–17–CR–0000543–2015<br>(Clearfield) |
| Com. v. Siegel | 273 WDA 2016<br>Affirmed | 08/16/2016 | CP–25–CR–0002769–2011<br>(Erie) |
| In re A.M.-F.; Appeal of A.M. | 292 WDA 2016<br>Affirmed | 08/16/2016 | No. 64 of 2015<br>(Erie) |